FILED
CLERK, U.S. DISTRICT COURT

Nov 24, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSTON SPECIALTY INSURANCE COMPANY, formerly known as Naxos Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>GEMINI INSURANCE COMPANY; and DOES 1 to 10, Inclusive,<br><br>Defendants. | Case No.: 2:15-CV-03161 SVW GJS<br><br>[PROPOSED] ORDER DISMISSING THE COMPLAINT OF HOUSTON SPECIALTY INSURANCE COMPANY, WITH PREJUDICE |

///
///
///
///
///
///
///

1

1     Having reviewed the Parties' Stipulation for Dismissal of the Complaint, with prejudice filed by Houston Specialty Insurance Company,

    IT IS HEREBY ORDERED that the Complaint filed on April 28, 2015 by Houston Specialty Insurance Company against Gemini Insurance Company is dismissed, with prejudice.  Each side to bear its own fees and costs incurred in this lawsuit.

Dated:    November 24, 2015

_____
HONORABLE STEPHEN V. WILSON

[PROPOSED] ORDER DISMISSING THE COMPLAINT OF HOUSTON SPECIALTY INSURANCE COMPANY, WITH PREJUDICE